**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JEFFREY J. DESANTIS,**

        **Plaintiff,**

**-vs-**                                                **Case No.  6:06-cv-204-Orl-22KRS**
**KATHLEEN M. HANCOCK,**

        **Defendant.**

## ORDER

This cause came on for consideration after review of the Order of Reference, doc. no. 14. It is **ORDERED** that, on or before May 31, 2006, counsel for the plaintiff shall advise the Court whether the parties have complied with the requirements of the Scheduling Order, doc. no. 8, and the outcome of the informal attempts to settle the case required by that order. If the parties have not reached agreement, or have failed to abide by any of the requirements of the Order, I will schedule a preliminary pretrial conference and/or settlement conference, as appropriate under the circumstances.

**DONE** and **ORDERED** in Orlando, Florida on May 8, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties